IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CHRISTIE LYNN PETREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:24-CV-4218-BCW |
| | ) |
| MISSOURI DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Chief Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendations (Doc. #21) on Plaintiff's motion for default judgment (Doc. #12) and DOC Defendants[1] motion for extension of time to file an answer. (Doc. # 15). The Court, being duly advised of the premises, adopts Judge Epps' Report and Recommendations and grants in part and denies in part Plaintiff's motion and grants DOC Defendants' motion.

On or around March 18, 2024, Plaintiff was an inmate at Women's Eastern Reception and Diagnostic Correctional Center ("WERDCC"). Id. at 6. Plaintiff alleges that while in custody at WERDCC, DOC Defendant Jane Doe and Defendant Tammy Fitzgerald forcibly removed her eyelash extensions without proper tools or training causing permanent vision damage, scarring on her eyelids, and pain and swelling. Id. at 8.

---

[1] The Missouri Department of Corrections ("DOC") Defendants are Missouri Department of Corrections, WERDCC Warden Angela Mesmer, and Missouri Department of Corrections -WERDCC employees: Corrections Officer Jane Doe, Corrections Officer Melody Lepley, Corrections Officer Devon Sapp, Corrections Officers Mallory Dowell (Cutt), Corrections Officer Lucca Cagle, Corrections Officer Alysa Sutton, and Corrections Officer Donna Brown (collectively "DOC Defendants").

1

Judge Epps granted Plaintiff's motion to proceed in forma pauperis on December 13, 2024. (Doc. #3). Plaintiff then filed her complaint on December 16, 2024. (Doc. #4). On January 23, 2025, and January 30, 2025, Plaintiff filed her return of service. (Docs. #8, 11). Plaintiff alleges ten different state and federal counts of civil rights violations under 42 U.S.C § 1983, as well as violations of the First, Fourth, Eighth, and Fourteenth Amendments and Mo. Rev. Stat. § § 537.600, as it relates to the removal of her eyelash extensions. (Doc. #4-1 at 2).

On March 3, 2025, Plaintiff moved for default judgment (Doc. #12) against all Defendants and the Court issued an Order to Defendants to show cause as to why Plaintiff's motion for default judgment should not be granted and why default should not be entered pursuant to Fed. R. Civ. P. 55(a). (Doc. #13). On March 17, 2025, DOC Defendants timely filed a response to the Court's show cause order explaining that the attorney assigned to the case began their employment later than anticipated and DOC Defendants' failure to respond was an oversight. (Doc. #13). On March 18, 2025, Plaintiff filed objections to DOC Defendants' motion for extension of time. (Docs. #12, 17, 18).

On March 27, 2025, Judge Epps filed his Report and Recommendations (Doc. #21) recommending that this Court grant DOC Defendants' motion for an extension of time, grant Plaintiff's motion for entry of default judgment against Defendant Tammy Fitzgerald and deny the entry of default judgment against all other Defendants. Id. On March 28, 2025, Plaintiff filed objections to Judge Epps' Report and Recommendations. (Doc. #23).

The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendations. Accordingly, it is hereby

ORDERED the Magistrate's Report and Recommendations be attached to and made a part of this Order. (Doc. #21). It is further

ORDERED Plaintiff's motion for default (Doc. #12) is GRANTED against Defendant Fitzgerald and DENIED against all other Defendants for the reasons stated in the Report and Recommendations. It is further

ORDERED that DOC Defendants motion for extension of time to file an answer is GRANTED for the reasons stated in the Report and Recommendations. The DOC Defendants shall file an answer **within ten days of the date of entry of this Order**. It is further

ORDERED Plaintiff is directed to file a Proposed Default Judgment setting forth the relief sought and damages in a sum certain **within two weeks of the date of entry of this Order**. At the time of filing the proposed judgment, Plaintiff shall also email to the Courtroom Deputy a copy of the proposed judgment in Word format. It is further

ORDERED the Clerk of the Court is directed to mail a copy of this Order to Defendant Tammy Fitzgerald at the address on record.

IT IS SO ORDERED.

Dated: August 11, 2025         /s/ Brian C. Wimes
                               JUDGE BRIAN C. WIMES
                               UNITED STATES DISTRICT COURT